FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2021

No. 04-21-00133-CV

**IN THE INTEREST OF I.P.S., E.E.S., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01363
Honorable Richard Garcia, Judge Presiding

# O R D E R

This appeal is from an order terminating appellant's parental rights to her children. Appellant's brief was due on May 24, 2021 but was not filed. A review of the final order appealed shows that the trial court ordered appellant's trial counsel be relieved of all duties upon entry of the order. The trial court clerk's record does not include an order appointing appellate counsel for appellant, and a deputy clerk of our court confirmed the absence of such an order with the trial court clerk. Therefore, we ABATE this case to the trial court and ORDER the trial court to appoint appellate counsel for appellant, C.P. Because of the time constraints governing this appeal, the trial court is ORDERED to file a supplemental clerk's record in this court no later than **June 4, 2021**, which shall include an order appointing appellate counsel for appellant, C.P. *See* TEX. R. JUD. ADMIN. 6.2 (requiring an appeal of an order terminating parental rights be brought to final disposition within 180 days of the date the notice of appeal was filed). All other appellate filing deadlines are suspended pending further orders from this court.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court